IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MUJO AVDIC | ) |
| | ) |
| v. | ) NO. 3-12-1154 |
| | ) JUDGE CAMPBELL |
| THOMAS & BETTS CORP. | ) |

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 53), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved, and Defendant's Motion to Enforce Settlement Agreement (Docket No. 49) is GRANTED.

Defendant has certified, in accordance with the Report and Recommendation, that the settlement amount agreed upon has been tendered to Plaintiff (Docket No. 56). Accordingly, this case is DISMISSED with prejudice, with each side to bear their own costs, and the Clerk is directed to close the file.

The pretrial conference set for November 17, 2014, and the jury trial set for December 2, 2014, are canceled.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE